

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ROY JOHNSON, JR.,<br>　　　Plaintiff,<br><br>vs.<br><br>NEWBERRY COUNTY DETENTION<br>CENTER AND SHERIFF'S OFFICE, et al.<br>　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:09-47-HFF-TER<br>§<br>§<br>§<br>§ |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the motion for summary judgment filed by Defendants White and Ridgell (a/k/a Nurse Corlene) [doc. #22], and the motion for summary judgment filed by Defendants Newberry County Detention Center, Newberry County Sheriff's Office, Sgt. Hefner, and Captain Kitchens [doc.# 26] be granted. The Magistrate Judge further recommended that any other outstanding motions be deemed moot. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 3, 2010, but Plaintiff failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that the motion for summary judgment filed by Defendants White and Ridgell [doc. #22], and the motion for summary judgment filed by Defendants Newberry County Detention Center, Newberry County Sheriff's Office, Sgt. Hefner, and Captain Kitchens [doc.# 26] be **GRANTED** as to Plaintiff's federal claims. To the extent Plaintiff's Complaint can be read to state any state law causes of action, those claims are **DISMISSED** *without prejudice*. In light of this disposition, any other outstanding motions are **MOOT**.

**IT IS SO ORDERED**.

Signed this 26th day of February, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within 30 days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.